STEVEN G. KALAR
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Varell_Fuller@fd.org

Counsel for Defendant HASKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-00284 JD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING TO FEBRUARY 24, 2021 |
| v. | |
| SHAKISHA HASKINS, | |
| Defendant. | |

**STIPULATION**

The parties, acting through their respective counsel, hereby stipulate that, subject to the Court's approval, the sentencing hearing currently set for Wednesday, January 6, 2021, shall be continued to Wednesday, February 24, 2021, at 10:30 a.m.

The defense respectfully asks that the Court continue the January 6, 2021, sentencing hearing date because United States Probation needs additional time to complete the Presentence Report Investigation, which was delayed because defense counsel had to unexpectedly take leave from the Federal Defender's Office due to a family emergency. United States Probation

STIPULATION AND [PROPOSED] ORDER;
CR 20-00284 JD

Officer Anthony Cardenas, who is assigned to this matter, has no objection to the requested continuance.

IT IS SO STIPULATED.

Dated: December 10, 2020        _____/s/_____
                                VARELL L. FULLER
                                Assistant Federal Public Defender

Dated: December 10, 2020        _____/s/_____
                                DENISE M. OKI
                                Special Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing currently set for Wednesday, January 6, 2021, shall be continued to Wednesday, February 24, 2021, at 10:30 a.m.

IT IS SO ORDERED.

Dated: December 16, 2020

_____
HONORABLE JAMES DONATO
United States District Judge