STEVEN G. KALAR
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:   (408) 291-7399
Email:         Varell_Fuller@fd.org

Counsel for Defendant  HASKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAKISHA HASKINS,<br><br>Defendant. | Case No. CR 20-00284 JD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING TO APRIL 14, 2021 |

## **STIPULATION**

The parties, acting through their respective counsel, hereby stipulate, subject to the

Court's approval, that the sentencing hearing currently set for Wednesday, February 24, 2021,

be continued to Wednesday, April 14, 2021, at 10:30 a.m.

The defense respectfully asks that the Court continue the February 24, 2021, sentencing

hearing date to permit the defense additional time to conclude the defense's ongoing sentencing

mitigation investigation and to investigate an issue that is potentially responsive to the draft

Presentence Report that Probation has disclosed to the parties. Accordingly, for the foregoing

STIPULATION AND [PROPOSED] ORDER;
CR 20-00284 JD

reasons, the defense respectfully requests that the Court continue the sentencing hearing. United States Probation Officer, Denise Mancia, who is assigned to this matter, has no objection to the requested continuance.

    IT IS SO STIPULATED.

Dated: February 2, 2021            \_\_\_\_\_/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: February 2, 2021            \_\_\_\_\_/s/_____
DENISE M. OKI
Special Assistant United States Attorney

//

//

//

## **ORDER**

    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing currently set for Wednesday, February 24, 2021, shall be continued to Wednesday, April 14, 2021, at 10:30 a.m.

    IT IS SO ORDERED.

Dated: February 10, 2021

_____
HONORABLE JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER;
CR 19-00366 BLF

2